No error.

---

STATE OF NORTH CAROLINA v. SEDGIE R. DANIELS

No. 754SC94

(Filed 7 May 1975)

APPEAL by defendant from *Fountain, Judge.* Judgment entered 9 September 1974 in Superior Court, ONSLOW County. Heard in the Court of Appeals 9 April 1975.

*Attorney General Edmisten by Associate Attorney Jesse C. Brake for the State.*

*William J. Morgan for defendant appellant.*

BRITT, HEDRICK and MARTIN, Judges.

No error.